UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRY R. WILLIAMS, (A-Number: 200-506-039) Petitioner, v. WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., Respondents. | No.  1:26-cv-00695-KES-FJS (HC) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE Doc. 13 |

Petitioner Torry R. Williams is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition in part and to direct respondents to provide petitioner with a bond hearing. Doc. 13.  Those findings and recommendations were served upon all parties and contained notice that any objections were to be filed within ten (10) days after service.  On May 8, 2026, respondents filed objections in which they submit on their previously filed pleadings.  Doc. 14.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 29, 2026, Doc. 13, are ADOPTED IN FULL;

2. The petition for writ of habeas corpus is GRANTED IN PART;

3. Respondents are ORDERED TO PROVIDE petitioner with a bond hearing within twenty-one (21) days before an immigration judge wherein the government must demonstrate by clear and convincing evidence, in accordance with the requirements of *Singh v. Holder*, 638 F.3d 1196, 1208 (9th Cir. 2011), that petitioner is not a flight risk or a danger to the community, or in the alternative, release petitioner on appropriate conditions of supervision;

4. Respondents are ORDERED to immediately provide petitioner with a copy of this Order, and respondents SHALL provide him with 48 hours' notice prior to the bond hearing; and

5. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   May 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2